| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | 13-3589448 |

-----------------------------------------------------------

In Re:                                    **Chapter 7**

        **KRISHAN SINGH,**                    Case No. 09-44186 (JF)

        Debtor.

-----------------------------------------------------------

## ORDER AUTHORIZING RULE 2004 EXAMINATION

      Upon the application of (which application has been electronically filed with the Clerk of the Court) ROBERT L. GELTZER, ESQ., the Trustee for the above-referenced Chapter 7 case (the "Trustee"), by his attorneys, the Law Offices of Robert L. Geltzer, for an Order pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 2004 directing and compelling Krishan Singh to produce certain documents to the Trustee, and to appear for a Bankruptcy Rule 2004 examination concerning the acts, conduct, property, liabilities and/or financial condition of the Debtor and/or any other matters which may affect the administration of the Debtor's estate, or right to a discharge; and, for good cause shown, it is hereby

      **ORDERED**, pursuant to FRBP 2004, that Krishan Singh produce to the Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, New York 10128 any and all documents, for a period of three (3) years immediately preceding the filing of the petition, of, and/or pertaining to, the Debtor's bankruptcy case, including, without limitation, invoices, account statements, periodic credit card statements, bills, cancelled checks, check stubs, ledgers, tax returns, copies of checks received, records, contracts, agreements, any papers and/or pleadings related to legal actions, correspondence, memoranda, etc., and any and all documents relating to the Debtor

and any transactions with an insider of the Debtor as that term is defined in the Bankruptcy Code pertaining to the Debtor by November 20~~2~~, 2009, at 10:00 a.m.; and it is further

**ORDERED**, that Krishan Singh appear on December 3, 2009 at 2:00 p.m., (the "Examination Date"), or such later date as may be mutually agreed to prior to the Examination Date, and at any adjournment(s) thereof, at the offices of the Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, New York 10128, for an examination pursuant to FRBP 2004 relating to the acts, conduct, property, liabilities, and/or financial condition, without limitation of, and/or related to, the Debtor, or any matter which may affect the administration of the estate, and any and all related matters; and it is further

**ORDERED**, that Krishan Singh be, and hereby is, directed to produce at the offices of the Law Offices of Robert L. Geltzer, for examination and copying, any documents relating to his bankruptcy case subsequently requested by the Trustee as a result of information obtained from documents produced for, at and/or after the examination, and/or from the examination; and it is further

**ORDERED**, that the aforesaid attendance and the production of the documents may be compelled pursuant to the issuance and service of subpoenas <u>ad testificandum</u> and <u>duces tecum</u> under Federal Rule of Civil Procedure 45 made applicable to bankruptcy cases through FRBP 9016; and it is further

**ORDERED**, that the examination to be taken in this matter may be recorded by tape recorder to be operated by the Trustee or one of his employees.  Each counsel may, at its own expense, arrange to have a qualified court reporter record the

testimony simultaneously with the tape recorder and transcribe the same stenographically; and it is further

**ORDERED**, that the examination shall continue from day-to-day until completed; and it is further

**ORDERED**, that service by United States First Class mail of a copy of this Order and the Application upon which it is granted, and any subpoena issued pursuant to this Order on Hector M. Roman, Esq., Roman & Singh, LLP 37-18 73rd Street, Suite 401, Jackson Heights, New York 11372 and Krishan Singh, 95-17 91st Street, Ozone Park, New York 11416, on or before at least twenty (20) days prior to the Examination Date provided for herein shall be deemed good and sufficient service; and it is further

**ORDERED**, that any requirement under any Local Bankruptcy Rules for the submission of a memorandum of law with respect to the Application be, and the same hereby is, dispensed with and waived for the purposes of the Application.

Dated:  Brooklyn, New York
        October 19, 2009

                                    s/Jerome Feller
                                    JEROME FELLER
                                    UNITED STATES BANKRUPTCY JUDGE